# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORDAN DARRELL ZANTIZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1580** |
| **CAPT. RONNIE SEAL ET AL.** | **SECTION "G" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the claims of Jordan Darrell Zantiz are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this __29th__ day of August, 2016.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**